IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:14-cv-00301-MR

SHAUN THOMAS PFEIFFER, )
)
        Plaintiff, )
)
vs. ) **O R D E R**
)
CAROLYN W. COLVIN, Acting )
Commissioner of Social Security, )
)
        Defendant. )
_____ )

**THIS MATTER** comes before the Court upon the Plaintiff's Motion to Dismiss [Doc. 10].

The Plaintiff seeks to dismiss this action with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. [Doc. 10]. The Court finds that a hearing is necessary on the motion.

**IT IS, THEREFORE, ORDERED** that the Plaintiff's Motion to Dismiss shall be heard on **May 26, 2015 at 11:00 a.m.**

**IT IS FURTHER ORDERED** that the Plaintiff shall attend this hearing in person, along with his counsel, Stanford K. Clontz.

**IT IS SO ORDERED.**      Signed: May 13, 2015

Martin Reidinger
United States District Judge